STATE OF CONNECTICUT *v.* JAMES D. THOMAS

The defendant's petition for certification for appeal from the Appellate Court, 98 Conn. App. 384 (AC 27372), is denied.

*H. Jeffrey Beck,* in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided January 4, 2007

DENNIS L. ADKINS *v.* COMMISSIONER OF CORRECTION

The petitioner Dennis L. Adkins' petition for certification for appeal from the Appellate Court, 88 Conn. App. 901 (AC 24972), is denied.

*Dennis L. Adkins,* pro se, in support of the petition.

*Christopher T. Godialis,* senior assistant state's attorney, in opposition.

Decided January 10, 2007

STATE OF CONNECTICUT *v.* BRIAN MOORE

The defendant's petition for certification for appeal from the Appellate Court, 98 Conn. App. 85 (AC 25637), is denied.

*Bradford Buchta,* deputy assistant public defender, in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.

Decided January 10, 2007